IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY LLC;  AT&T MOBILITY II LLC; NEW CINGULAR WIRELESS SERVICES, INC.; SBC INTERNET SERVICES, INC.; AND WAYPORT, INC.,<br><br>    Defendants. | Civil Action No. 12-cv-193-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES I LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC., T-MOBILE US, INC.,<br><br>    Defendants. | Civil Action No. 13-cv-1632-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES I LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NEXTEL OPERATIONS, INC. AND SPRINT SPECTRUM L.P.,<br><br>    Defendants. | Civil Action No. 13-cv-1634-LPS<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ISSUANCE OF LETTERS OF REQUEST TO THE CENTRAL AUTHORITY OF THE NETHERLANDS TO OBTAIN EVIDENCE FROM NAMED INVENTORS ON THE '944 AND '392 PATENTS**

Plaintiff does not oppose Defendants' Motion for Issuance of Letters of Request to the Central Authority of the Netherlands to Obtain Evidence from Named Inventors on the '944 and '392 Patents.

DATED:  January 6, 2014             Respectfully submitted,

                                    FARNAN LLP

                                    /s/ Brian E. Farnan
                                    Joseph J. Farnan, III (Bar No. 3945)
                                    Brian E. Farnan (Bar No. 4089)
                                    919 North Market Street, 12th Floor
                                    Wilmington, Delaware 19801
                                    (302) 777-0300
                                    (302) 777-0301 (Fax)
                                    bfarnan@farnanlaw.com

                                    Martin J. Black (admitted *pro hac vice*)
                                    DECHERT LLP
                                    Cira Centre 2929 Arch Street
                                    Philadelphia, PA 19104
                                    (215) 994-4000
                                    martin.black@dechert.com

                                    Jeffrey B. Plies (admitted *pro hac vice*)
                                    DECHERT LLP
                                    300 W. 6th Street
                                    Suite 2010
                                    Austin, TX 78701
                                    (512) 394-3000
                                    jeffrey.plies@dechert.com

                                    Stephen J. Akerley (admitted *pro hac vice*)
                                    Justin F. Boyce (admitted *pro hac vice*)
                                    DECHERT LLP
                                    2440 W. El Camino Real, Suite 700
                                    Mountain View, CA 94040-1499

(650) 813-4800
stephen.akerley@dechert.com
justin.boyce@dechert.com

*Counsel for Plaintiff Intellectual Ventures I LLC*