**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 12-193-LPS |
| AT&T MOBILITY LLC; AT&T MOBILITY II LLC; NEW CINGULAR WIRELESS SERVICES, INC.; SBC INTERNET SERVICES, INC., and WAYPORT, INC., | ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |
| INTELLECTUAL VENTURES II LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 13-1631-LPS |
| AT&T MOBILITY LLC; AT&T MOBILITY II LLC; NEW CINGULAR WIRELESS SERVICES, INC.; SBC INTERNET SERVICES, INC., and WAYPORT, INC., | ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |
| INTELLECTUAL VENTURES I LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 13-1632-LPS |
| T-MOBILE USA, INC., T-MOBILE US, INC., | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> T-MOBILE USA, INC., T-MOBILE US, ) <br> INC., ) <br> ) <br> Defendants. ) | <br><br><br><br>C.A. No. 13-1633-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES I LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NEXTEL OPERATIONS, INC. and ) <br> SPRINT SPECTRUM L.P., ) <br> ) <br> Defendants. ) | <br><br><br><br>C.A. No. 13-1634-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES II LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NEXTEL OPERATIONS, INC. and ) <br> SPRINT SPECTRUM L.P., ) <br> ) <br> Defendants. ) | <br><br><br><br>C.A. No. 13-1635-LPS<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CELLULAR )<br>CORPORATION, )<br>)<br>Defendant. )<br>) | C.A. No. 13-1636-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES II LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CELLULAR )<br>CORPORATION, )<br>)<br>Defendant. )<br>) | C.A. No. 13-1637-LPS<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' NOTICE OF SUBPOENAS

Pursuant to Federal Rules of Civil Procedure 45, counsel for Defendants AT&T Mobility LLC, AT&T Mobility II LLC; New Cingular Wireless Services, Inc.; SBC Internet Services, Inc.; and Wayport, Inc. (collectively "AT&T") by their attorneys, will cause the attached subpoenas to produce documents to be served upon (1) Carnegie Mellon University; (2) Gibbons P.C.; (3) Dan Doner; (4) Oblon, Spivak, McClelland, Maier & Neustadt, L.L.P.; and (5) Santangelo Law Offices.

|  |  |
|---|---|
| *Of Counsel*: | Respectfully submitted,<br><br>SEITZ ROSS ARONSTAM & MORITZ LLP |
| Bryant C. Boren, Jr.<br>Kevin E. Cadwell<br>Jon V. Swenson<br>BAKER BOTTS LLP<br>1001 Page Mill Road,<br>Building One, Suite 200<br>Palo Alto, CA 94304<br>(650) 739-7500<br>bryant.c.boren@bakerbotts.com<br>kevin.cadwell@bakerbotts.com<br>jon.swenson@bakerbotts.com | */s/ Benjamin J. Schladweiler*<br>Collins J. Seitz, Jr. (Bar No. 2237)<br>Benjamin J. Schladweiler (Bar No. 4601)<br>100 S. West Street, Suite 400<br>Wilmington, DE 19801<br>(302) 576-1600<br>cseitz@seitzross.com<br>bschladweiler@seitzross.com<br><br>*Counsel for Defendants AT&T Mobility, AT&T Mobility II, New Cingular Wireless Service, Inc., SBC Internet Services, and Wayport, Inc.* |

Roger Fulghum
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002-4995
(713) 229-1234
roger.fulghum@bakerbotts.com

Jeffrey Baxter
BAKER BOTTS LLP
2001 Ross Avenue
Dallas, TX 75201
(214) 953-6500
jeff.baxter@bakerbotts.com

Robert Maier
Eric Faragi
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-2500
robert.maier@BakerBotts.com
eric.faragi@bakerbotts.com

Nicholas Schuneman
BAKER BOTTS LLP
98 San Jacinto Boulevard, Suite 1500
Austin, TX 78701-4078
(512) 322-2500
nick.schuneman@bakerbotts.com

Dated: October 8, 2014

4

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Schladweiler, hereby certify that on October 8, 2014, a true copy of the foregoing ***Defendants' Notice of Subpoenas*** was served via electronic mail upon the following counsel of record:

Brian E. Farnan
Joseph J. Farnan, III
Michael J. Farnan
FARNAN LLP
919 North Market Street
12th Floor
Wilmington, DE  19801
bfarnan@farnanlaw.com
jjfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Martin J. Black
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
martin.black@dechert.com

Jeffrey B. Plies
DECHERT LLP
300 W. 6th Street
Suite 2010
Austin, TX  78701
jeffrey.plies@dechert.com

*Counsel for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC*

Stephen Akerley
Justin F. Boyce
Daniel B. Epstein
James D. Ragon
DECHERT LLP
2440 W. El Camino Real
Suite 700
Mountain View, CA  94040-1499
stephen.akerley@dechert.com
justin.boyce@dechert.com
daniel.epstein@dechert.com
james.ragon@dechert.com

Jeffrey T. Fisher
DECHERT LLP
1095 Avenue of the Americas
New York, NY  10036
jeffrey.fisher@dechert.com

Eric B. Fastiff
David T. Rudolph
Patricia A. Dyck
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
efastiff@lchb.com
drudolph@lchb.com
pdyck@lchb.com

*Counsel for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC*

    */s/ Benjamin J. Schladweiler*
    Benjamin J. Schladweiler (Bar No. 4601)